■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH NAPOSKI, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered September 26, 1989, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH A. NEWMAN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed December 14, 1989.

Ordered that the sentence is affirmed, and the matter is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Lawrence, Eiber, Rosenblatt and O'Brien, JJ., concur.